JANUARY 5, 1945

**No. 49928.—**⬛Protests 21995–K, etc., of Pan American Products Corp. et al. C. D. 880. Government's application for rehearing granted.

JANUARY 2, 1945

**No. 49929.—**SUIT 4468.—⬛ *United States* v. *Dixie Veneer Co., Inc., et al.* C. D. 806 affirmed October 30, 1944 (32 C. C. P. A. 75, C. A. D. 288).

BEFORE THE FIRST DIVISION, JANUARY 10, 1945

**No. 49930.—**Protests 98130–K, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by OLIVER, P. J. At the trial a sample of the mouth organs and a sample of the harmonicas were admitted in evidence and marked exhibits 1 and 2, respectively. The examiner, after examining the samples in evidence, testified that they were not toys and are similar in all material respects to those the subject of Abstract 47083. In accordance therewith the claim at 40 percent under paragraph 1541 (a) was sustained.

**No. 49931.—**Protests 36961–K, etc., of Wo Kee & Co. et al. (Los Angeles).

Opinion by COLE, J. It was stipulated and agreed that the merchandise in question is the same in all material respects as that the subject of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise, found to contain salt, was excluded from paragraph 5. Protests were sustained to this extent.